UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HAL D. HICKS,

    Plaintiff,

v.

MIDWEST TRANSPORT, INC., d/b/a/
MIDWEST TRANSPORT OF ILLINOIS,

    Defendant.

Case No. 07-cv-854-JPG

## **MEMORANDUM AND ORDER**

    This matter comes before the Court for purposes of case management. The Court previously entered an order staying this action pending the outcome in a parallel federal proceeding. In order that the Court remain properly informed as to the status of the parallel case, the Court hereby ORDERS the parties to submit to this Court annual reports as to the status of case number 05-1058C in the United States Court of Federal Claims. Such reports are to be filed with this Court within the month of August of each year beginning in August 2008. The Court further ORDERS the parties to submit a status report to it within 30 days of the entry of judgment in case number 05-1058C in the United States Court of Federal Claims.

**IT IS SO ORDERED.**
**DATED: April 22, 2008**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**