UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HAL D. HICKS,

            Plaintiff,

     v.                                       Case No. 07-cv-854-JPG

MIDWEST TRANSPORT, INC.,

            Defendant.

## MEMORANDUM AND ORDER

       This matter comes before the Court on the Stipulation of Dismissal (Doc. 22) pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this

case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a

stipulation.  Therefore, the Court finds that this action is **DISMISSED without prejudice** and

**DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:  September 13, 2012**

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**